**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WILLIAM LANGE,**

       **Plaintiff,**

**v.**                                                    **Case No:   6:14-cv-1583-Orl-31GJK**

**MEDICREDIT, INC.,**

       **Defendant.**

## ORDER

This matter is before the Court on Defendant's Unopposed Motion to Vacate the Clerks Entry of Default (Doc. 11). According to the Motion, the Plaintiff moved for default based on an administrative error when the parties had previously stipulated to an extension of time to respond to the Complaint. The Defendant has shown good cause for the Clerk's Default to be vacated pursuant to Rule 55(c).

While the Motion will be granted, the attorneys are admonished that extensions of time to respond to a complaint must be authorized by the Court either before the deadline, or sought *nunc pro tunc*.

Therefore, it is

**ORDERED**, that the Motion (Doc. 11) is **GRANTED** and the Clerk's Entry of Default (Doc. 10) is **VACATED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 19, 2014.

                                                      **GREGORY A. PRESNELL**
                                               **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party