**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

WILLIAM LANGE,

    Plaintiff,

v.

MEDICREDIT, INC.,

    Defendant.

CASE NO. 6:14-CV-01583-GAP-GLK

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Plaintiff
- Medicredit, Inc.
- The Outsource Group, Inc.

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- None

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- None

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Plaintiff

23122495v1

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

| | |
|---|---|
| Dated: December 5, 2014 | By:  */s/ Patricia Lehtinen Silva*<br>Patricia Lehtinen Silva, Bar No. 107188<br>PSilva@LathropGage.com<br>LATHROP & GAGE LLP<br>Pierre Laclede Center<br>7701 Forsyth Boulevard, Suite 500<br>Clayton, MO  63105<br>Telephone:   314.613.2800<br>Facsimile:    314.613.2801 |

Attorney for Defendant
Medicredit, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading was served via the Court's CM/ECF system on the following counsel, this 5th day of December, 2014:

Shireen Hormozdi
Krohn & Moss Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Telephone:    323.988.2400 x 267
Facsimile:     866.861.1390
ATTORNEY FOR PLAINTIFF

*/s/ Patricia Lehtinen Silva*
Attorney for Defendant

23122495v1